IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 107-165 |
| | ) | |
| BYRON D. GRIFFIN | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Mr. Brown shall be reimbursed for a total amount of **$7,266.34** for his Criminal Justice Act appointment in the above-captioned case.

SO ORDERED this 17 day of September, 2008.

HONORABLE LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE